**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**WESTMONT TRACTOR COMPANY, Respondent.**

**No. 24535.**

United States Court of Appeals, Ninth Circuit.

Aug. 6, 1970.

Elliott Moore (argued), David Rosenbaum, Attys., Arnold Ordman, Dominick L. Manoli, Marcel Mallet-Prevost, N.L.R.B., Washington, D. C., Charles W. Henderson, Reg. Director N.L.R.B., Seattle, Wash., for petitioner.

Jeremy G. Thane (argued), of Worden, Worden, Thane & Robb, Missoula, Mont., Edwin J. Carrig, for respondent. spondent.

Before CHAMBERS and TRASK, Circuit Judges, and POWELL,* District Judge.

---

* Honorable Warren J. Ferguson, United States District Judge, Central District of California, sitting by designation.

* The Honorable Charles L. Powell, United States District Judge for the Western District of Washington, sitting by designation.

PER CURIAM:

On conflicting testimony, the Board resolved the facts against respondent.

Our examination of the record indicates that we must enforce the proposed order of the Board.

The Board will submit a form of decree.